UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GINA BARTONE and MATEO CANU, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC. and LUXOTTICA OF AMERICA, INC.,<br><br>                    Defendants. | Case No. 3:26-cv-01897-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S FOURTH ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge:   Hon. Edward M. Chen |
| ESSENCE ROWE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., d/b/a SAMA, and LUXOTTICA OF AMERICA, INC.,<br><br>                    Defendants. | Case No. 3:26-cv-02398-JCS<br><br>Judge:     Hon. Joseph C. Spero |

[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S FOURTH ADMINISTRATIVE MOTION TO RELATE CASES; No. 3:26-cv-01897-EMC

| | |
|---|---|
| LISA ROGERS, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC., SAMASOURCE IMPACT SOURCING INC., and LUXOTTICA OF AMERICA, INC.,<br><br>               Defendants. | Case No. 3:26-cv-02401<br><br>Judge:    Not Yet Assigned |
| JEFFREY BOYLETT, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC., and LUXOTTICA OF AMERICA, INC.<br><br>               Defendants. | Case No. 3:26-cv-02409-AGT<br><br>Judge: Hon. Alex G. Tse |

This matter comes before the Court on Plaintiff Peter Tittl's ("Plaintiff Tittl") Fourth Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civ. L. R. 3-12 and 7-11.

The Court, having considered Plaintiff Tittl's motion to relate *Bartone et al. v. Meta Platforms, Inc. et al.*, No. 3:26-cv-01897-EMC ("*Bartone*"), *Rowe v. Meta Platforms, Inc. et al.*, 3:26-cv-02398-JCS ("*Rowe*") *Rodgers v. Meta Platforms, Inc. et al.*, 3:26-cv-02401 ("*Rodgers*") and *Boylett v. Meta Platforms, Inc. et al.*, 3:26-cv-02409-AGT ("*Boylett*") and good cause appearing, HEREBY GRANTS the motion.

The *Bartone, Rowe, Rodgers and Boylett* actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges. Therefore, the above matters are hereby related and reassigned to the undersigned judge.

**SO ORDERED**.

Dated:  April 14, 2026

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF PETER TITTL'S FOURTH ADMINISTRATIVE MOTION TO RELATE CASES; No. 3:26-cv-01897-EMC