**BLANK ROME LLP**
Gregory Bordo (SBN 156147)
Greg.Bordo@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Frank A. Dante (*pro hac vice forthcoming*)
Frank.Dante@blankrome.com
Melissa Fundora Murphy (*pro hac vice forthcoming*)
Melissa.Murphy@blankrome.com
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*,
LUXOTTICA OF AMERICA INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY BOYLETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 3:26-cv-02409-AGT<br><br>**STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Hon. Edward M. Chen presiding<br><br>Complaint filed: Mar. 19, 2026<br>Defendants' response deadlines: Apr. 16, 2026 (Luxottica of America Inc.); Apr. 16, 2026 (Meta Platforms, Inc.) |

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-02409-AGT

Plaintiffs and Defendants Meta Platforms, Inc. ("Meta") and Luxottica of America Inc. ("Luxottica"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs in the above-captioned case filed a putative class action Complaint on March 19, 2026;

WHEREAS, Plaintiffs served a summons on both Meta and Luxottica on March 26, 2026;

WHEREAS, Meta's and Luxottica's deadline to respond to the Complaint is April 16, 2026;

WHEREAS, Plaintiffs are in discussions with plaintiffs in other, related cases about (i) consolidating those cases; (ii) application(s) for leadership; and (iii) the timeline for filing a single consolidated putative class action complaint;

WHEREAS, those discussions remain ongoing;

WHEREAS, for the efficiency of the Court and the parties, Plaintiffs have conferred with counsel for Meta and Luxottica, regarding the existing deadlines including Meta's and Luxottica's deadline to respond to the Complaint;

WHEREAS, Plaintiffs, Meta, and Luxottica agree that the existing deadline for Luxottica and Meta to respond to the Complaint should be stayed pending the filing and outcome of those anticipated motion(s) for consolidation and application(s) for leadership;

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS META AND LUXOTTICA HEREBY AGREE AND STIPULATE THAT:

- Luxottica's and Meta's deadline to respond to the Complaint is hereby stayed pending a ruling on Plaintiffs' anticipated motion(s) for consolidation and application(s) for leadership.

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-02409-AGT

- Plaintiffs, Meta, and Luxottica otherwise reserve all rights.[1]

DATED: April 16, 2026

**HECHT PARTNERS LLP**

**BLANK ROME LLP**

By: */s/ Kathryn (Lee) Boyd*

Kathryn (Lee) Boyd
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: 646.502.9515
lboyd@hechtpartners.com

Lori G. Feldman (*pro hac vice forthcoming*)
David L. Hecht (*pro hac vice forthcoming*)
Brittany L. Sackrin (*pro hac vice forthcoming*)
Justin Alvarez-Herman (*pro hac vice forthcoming*)
Tiffany Wong (*pro hac vice forthcoming*)
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: 212.851.6821
dhecht@hechtpartners.com
lfeldman@hechtpartners.com
bsackrin@hechtpartners.com
jalvarezherman@hechtpartners.com
twong@hechtpartners.com

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: */s/ Gregory Bordo*

Gregory Bordo
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434
Greg.Bordo@blankrome.com

Frank A. Dante (*pro hac vice forthcoming*)
Melissa Fundora Murphy (*pro hac vice forthcoming*)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: 424.239.3400
Facsimile: 424.239.3434
Frank.Dante@blankrome.com
Melissa.Murphy@blankrome.com

*Attorneys for Defendant*
LUXOTTICA OF AMERICA INC.

**SKAGGS FAUCETTE LLP**

By: */s/ Jeffrey E. Faucette*
Jeffrey E. Faucette (No. 193066)
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Telephone: 415.874.3181
jeff@skaggsfaucette.com

---

[1] Plaintiffs agree that Meta and Luxottica are not waiving any rights or defenses, including under Fed. R. Civ. P. 12, or their right to compel arbitration.

Michael F. Ram
1390 Market Street, Suite 200
San Francisco, CA 94102
Telephone: 415.358.6913
Facsimile: 415.358.6923
mram@forthepeople.com

John A. Yanchunis (*admitted pro hac vice*)
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

**EMERSON FIRM, PLLC**
John G. Emerson (*pro hac vice forthcoming*)
2500 Wilcrest, Suite 300
Houston, TX 77042-2754
Telephone: 800.551.8649
Facsimile: 501.286-4659
jemerson@emersonfirm.com

*Attorneys for Plaintiffs*

**WILLIAMS & CONNOLLY LLP**
By: */s/ Dane H. Butswinkas*
Dane H. Butswinkas (*pro hac vice forthcoming*)
Richmond T. Moore (*pro hac vice forthcoming*)
680 Maine Avenue SW
Washington, DC 20024
Telephone: 202.434.5000
Facsimile: 202.434.5029
dbutswinkas@wc.com
rmoore@wc.com

*Attorneys for Defendant*
META PLATFORMS, INC.

STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT No. 3:26-cv-02409-AGT

<u>ATTESTATION</u>

Pursuant to Civil L.R. 5-1, I, Gregory Bordo, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 16, 2026

By: *<u>/s/ Gregory Bordo</u>*

Gregory Bordo